■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS PAYTON, Appellant. [685 NYS2d 624] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leventhal, J.), rendered October 19, 1995, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

We further find that, under the totality of the circumstances

of this case, the defendant received the effective assistance of counsel (*see, People v Benevento,* 91 NY2d 708; *People v Flores,* 84 NY2d 184; *People v Baldi,* 54 NY2d 137).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. S. Miller, J. P., Santucci, Krausman and Luciano, JJ., concur.